**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA for the USE and BENEFIT OF EKMARK ELECTRIC COMPANY, INC.,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>TOTOLO-HAINING, A JOINT VENTURE, S. WEBSTER HAINING AND COMPANY, and HARTFORD FIRE INSURANCE COMPANY,<br><br>    Defendants/Counter-Plaintiffs. | No. 2:13-cv-2127 SHL-cgc |

**AMENDED JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 28, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 55) filed April 8, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims among Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 9, 2015
Date